FIRST DEPARTMENT, NOVEMBER, 1935.

CHARLES LOUIS ALLEN, Appellant, v. MCKINNEY MANUFACTURING COMPANY, Respondent.

PER CURIAM.. There was presented a question of fact as to whether plaintiff had not fully performed so as to entitle him to compensation under his contract with the defendant.

It follows, therefore, that the judgment should be reversed and a new trial ordered, with costs to the appellant to abide the event.

Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Judgment dismissing the complaint at the close of plaintiff's case unanimously reversed and a new trial ordered, with costs to the appellant to abide the event.

YVONNE ALEXANDRINE COTNAREANU and DANIEL E. FINN, Sheriff of the County of New York, Respondents, v. NATIONAL CITY BANK OF NEW YORK and Others, Defendants, Impleaded with JOHN F. WOODS, Appellant.— Order granting plaintiffs' motion to strike out the first and second affirmative defenses contained in the answer of the defendant John F. Woods on the ground of insufficiency unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

YVONNE ALEXANDRINE COTNAREANU and DANIEL E. FINN, Sheriff of the County of New York, Respondents, v. NATIONAL CITY BANK OF NEW YORK and JOHN A. HURLEY and Others, a Copartnership Trading under the Firm Name of HURLEY & Co., Appellants, Impleaded with Another, Defendant.— Order, so far as appealed from, granting plaintiffs' motion to strike out the first, second, third, fourth and fifth defenses contained in the amended answer of the defendants-appellants, on the ground of insufficiency, affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.; O'Malley, J., dissents as to the third and fourth defenses in the amended answer of said defendants and votes to reverse the order appealed from in so far as the same strikes out said defenses, and to deny the motion to strike out said defenses.

YVONNE ALEXANDRINE COTNAREANU and DANIEL E. FINN, Sheriff of the County of New York, Respondents, v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK and Others, Defendants, Impleaded with JOHN F. WOODS, Appellant.— Order granting plaintiffs' motion to strike out the first and second affirmative defenses contained in the answer of the defendant John F. Woods. on the ground of insufficiency unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.